IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-01032-REB-CYC

Zepherine Miller, an individual,

       Plaintiff,

v.

Equifax Information Services, LLC, a Georgia limited liability company;
Experian Information Solutions, Inc., an Ohio corporation; and
Trans Union LLC, a Delaware limited liability company,

       Defendants.

## EQUIFAX INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT AND AFFIRMATIVE AND OTHER DEFENSES

Equifax Information Services LLC ("Equifax"), by and through its attorneys and pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, hereby answers Plaintiff's Complaint and asserts its affirmative and other defenses as follows:

### PRELIMINARY STATEMENT

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

### ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

## I.    INTRODUCTION

**COMPLAINT ¶1:**

This is an action under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* ("**FCRA**") for actual, statutory, and punitive damages-resulting from the Consumer Reporting Agencies'

EQUIFAX'S ANSWER TO COMPLAINT

inaccurate credit reporting and failure to reinvestigate Plaintiff's disputes of that inaccurate reporting.

**ANSWER:**

Equifax admits that Plaintiff purports to bring an action pursuant to the Fair Credit Reporting Act ("FCRA"), but Equifax denies that it violated the law and further denies that Plaintiff is entitled to any relief whatsoever from Equifax. Equifax denies the remaining allegations in this paragraph.

**COMPLAINT ¶2:**

Plaintiff had applied to rent an apartment in a complex located in Denver, Colorado. When she signed her lease, the lease did not include a security deposit. After signing the lease, the landlord unilaterally added a security deposit and refused to give Plaintiff the keys to the apartment until Plaintiff paid a deposit that she did not agree to.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶3:**

Plaintiff did not pay this unilateral and undisclosed charge, so the landlord claimed that Plaintiff was in default and forwarded the balance of the lease to its collection agency, National Credit Systems, Inc. (the "**Debt Collector**"). The Debt Collector reported this invalid debt to the Consumer Reporting Agencies, harming Plaintiff's credit standing. Due to this injustice, Plaintiff sued the landlord and obtained a judicial declaration that the lease was void. Plaintiff duly notified the Consumer Reporting Agencies that a court had declared that Plaintiff did not owe anything and the lease obligation was void. The Consumer Reporting Agencies failed to reinvestigate Plaintiff's disputes and continued their inaccurate reporting.

**ANSWER:**

Equifax denies the allegations in this paragraph as they relate to Equifax. Equifax lacks knowledge or information sufficient to form a belief regarding the remaining allegations in this paragraph and, on that basis, denies the allegations contained therein.

EQUIFAX'S ANSWER TO COMPLAINT

## II.    PARTIES, JURISDICTION, AND VENUE

**COMPLAINT ¶4:**

Plaintiff is an individual, natural person and resides in Oklahoma County, Oklahoma.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶5:**

Plaintiff is, and was, at all relevant times a "consumer" as defined by the FCRA, 15 U.S.C. § 1681a(c).

**ANSWER:**

Upon information and belief, Equifax admits the allegations in this paragraph.

**COMPLAINT ¶6:**

Equifax is a Georgia limited liability company with a principal place of business at 1550 Peachtree St NE, Atlanta, GA 30309 and a registered agent of Corporation Service Company at 1900 W Littleton Blvd, Littleton, CO 80120.

**ANSWER:**

Equifax admits that it is a Georgia limited liability company that maintains an address at 1550 Peachtree Street NW, Atlanta, Georgia 30309, and that it may be served through its registered agent, Corporation Service Company. Equifax denies any remaining allegations in this paragraph.

**COMPLAINT ¶7:**

Equifax regularly conducts business in the State of Colorado.

**ANSWER:**

Equifax admits that it is registered to do business in the State of Colorado.

**COMPLAINT ¶8:**

Experian is an Ohio corporation with a principal place of business at 475 Anton Blvd, Costa Mesa, CA 92626 and a registered agent of Corporation Service Company at 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112.

- 3 -

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶9:**

Experian regularly conducts business in the State of Colorado.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶10:**

Trans Union is a Delaware limited liability company with a principal place of business at 555 West Adams Street, Chicago, IL 60661 and a registered agent of C T Corporation System at 1900 W Littleton Blvd, Littleton, CO 80120.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶11:**

Trans Union regularly conducts business in the State of Colorado.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶12:**

Equifax is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).

EQUIFAX'S ANSWER TO COMPLAINT

**ANSWER:**

Equifax admits that some of its business activities make it a "consumer reporting agency" under the FCRA as to those activities only.  Equifax denies the remaining allegations in this paragraph.

**COMPLAINT ¶13:**

Experian is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶14:**

Trans Union is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶15:**

This Court has jurisdiction over the claims brought hereunder pursuant to 15 U.S.C. § 1681p.

**ANSWER:**

To the extent Plaintiff has properly alleged the claims herein, Equifax admits that this Court may exercise its subject matter jurisdiction.

**COMPLAINT ¶16:**

This Court has jurisdiction over the non-resident Consumer Reporting Agencies pursuant to C.R.S. § 13-1-124.

EQUIFAX'S ANSWER TO COMPLAINT

317410362v.1

**ANSWER:**

To the extent Plaintiff has properly alleged the claims herein, Equifax admits that this Court

may exercise its subject matter jurisdiction.

**COMPLAINT ¶17:**

Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

**ANSWER:**

Equifax admits that the Plaintiff has alleged venue in this district is proper pursuant to 28

U.S.C. § 1391(b)(2). Equifax states that this is a legal conclusion which is not subject to denial or

admission.

**III.    FACTUAL ALLEGATIONS**

*Background*

**COMPLAINT ¶18:**

Plaintiff was allegedly obligated to pay a debt (the "**Account**") arising out of a purported
residential lease with The Connor Group, a Real Estate Investment Firm d/b/a The Connor Group
d/b/a Alas Over Lowry (the "**Landlord**").

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶19:**

The Account is an obligation that was allegedly incurred primarily for personal, family, or
household purposes.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

EQUIFAX'S ANSWER TO COMPLAINT

**COMPLAINT ¶20:**

The Landlord claimed that Plaintiff owed the Account based upon her failure to fulfil the terms of the residential apartment lease.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶21:**

Plaintiff was not obligated to fulfil the terms of the lease because the Landlord had unilaterally added a security deposit to the lease after the lease was signed.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶22:**

The Landlord claimed that Plaintiff had failed to perform under the Lease by not paying the security deposit that the Plaintiff did not agree to pay.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶23:**

The Landlord claimed that Plaintiff was liable for the entire balance of the Lease.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶24:**

Based on its incorrect understanding that Plaintiff was liable on the Account, the Landlord referred (but did not sell) the Account to the Debt Collector for collection purposes.

EQUIFAX'S ANSWER TO COMPLAINT

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶25:**

After the Landlord referred the Account to the Debt Collector, Plaintiff sued the Landlord in Denver District Court, Case No. 2021CV34094 (the "**Landlord Lawsuit**").

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶26:**

In the Landlord Lawsuit, Plaintiff sought and obtained a declaration that Plaintiff was not obligated to the Landlord under the lease.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶27:**

On January 30, 2023, the Court entered judgment in the Landlord Lawsuit declaring that: "Plaintiff is not obligated to [the Landlord] under the subject lease agreement and the lease agreement is void."

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶28:**

Plaintiff does not owe the Landlord any money.

EQUIFAX'S ANSWER TO COMPLAINT

317410362v.1

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶29:**

Plaintiff does not owe the Debt Collector any money.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶30:**

Even after the Denver District Court declared that the lease was void and Plaintiff had no obligation under the lease to the Landlord, the Debt Collector continued to report the Account to the Consumer Reporting Agencies.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

*Disputes with Equifax*

**COMPLAINT ¶31:**

On April 4, 2023, Equifax received a written dispute of the credit information that the Debt Collector was furnishing to Equifax concerning the Account.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶32:**

This dispute included, among other things, a copy of the Landlord Lawsuit; a written explanation connecting the Debt Collector, the Account, and the Landlord; and the judgment declaring the subject lease void.

EQUIFAX'S ANSWER TO COMPLAINT

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶33:**

The dispute included, among other things, contact information for third-parties who could verify the accuracy of the facts stated in Plaintiff's dispute.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶34:**

In response to Plaintiff's dispute, Equifax did not conduct any reinvestigation.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶35:**

On April 6, 2023, Equifax responded to Plaintiff's dispute and verified that the information that the Debt Collector was furnishing to Equifax was accurate.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶36:**

The information that the Debt Collector was furnishing to Equifax was not accurate.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

EQUIFAX'S ANSWER TO COMPLAINT

**COMPLAINT ¶37:**

Equifax continued to report the Account on Plaintiff's credit reports.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶38:**

On May 23, 2023, Plaintiff again disputed the account with Equifax, this time by telephone.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶39:**

In response to Plaintiff's dispute, the only reinvestigation that Equifax conducted was sending an "Automated Credit Dispute Verification" or "ACDV" to the Debt Collector.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶40:**

Equifax did not investigate any of the reasons or facts Plaintiff supplied to Equifax that would have caused Equifax to conclude that Plaintiff was correct and the Debt Collector was incorrect.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶41:**

On May 29, 2023, Equifax responded to Plaintiff's dispute and verified that the information that the Debt Collector was furnishing to Equifax was accurate.

EQUIFAX'S ANSWER TO COMPLAINT

317410362v.1

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶42:**

The information that the Debt Collector was furnishing to Equifax was not accurate.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶43:**

Equifax continued to report the Account on Plaintiff's credit reports.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

*Disputes with Experian*

**COMPLAINT ¶44:**

On April 6, 2023, Experian received a written dispute of the credit information that the Debt Collector was furnishing to Experian concerning the Account.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶45:**

This dispute included, among other things, a copy of the Landlord Lawsuit; a written explanation connecting the Debt Collector, the Account, and the Landlord; and the judgment declaring the subject lease void.

EQUIFAX'S ANSWER TO COMPLAINT

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶46:**

The dispute included, among other things, contact information for third-parties who could verify the accuracy of the facts stated in Plaintiff's dispute.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶47:**

In response to Plaintiff's dispute, the only reinvestigation that Experian conducted was sending an ACDV to the Debt Collector.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶48:**

On April 24, 2023, Experian responded to Plaintiff's dispute and verified that the information that the Debt Collector was furnishing to Experian was accurate.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶49:**

The information that the Debt Collector was furnishing to Experian was not accurate.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

EQUIFAX'S ANSWER TO COMPLAINT

317410362v.1

**COMPLAINT ¶50:**

Experian continued to report the Account on Plaintiff's credit reports.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

*Disputes with Trans Union*

**COMPLAINT ¶51:**

On April 6, 2023, Trans Union received a written dispute of the credit information that the
Debt Collector was furnishing to Trans Union concerning the Account.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶52:**

This dispute included, among other things, a copy of the Landlord Lawsuit; a written
explanation connecting the Debt Collector, the Account, and the Landlord; and the judgment
declaring the subject lease void.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶53:**

The dispute included, among other things, contact information for third-parties who could
verify the accuracy of the facts stated in Plaintiff's dispute.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

EQUIFAX'S ANSWER TO COMPLAINT

**COMPLAINT ¶54:**

In response to Plaintiff's dispute, the only reinvestigation that Trans Union conducted was sending an ACDV to the Debt Collector.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶55:**

On April 24, 2023, Trans Union responded to Plaintiff's dispute and verified that the information that the Debt Collector was furnishing to Trans Union was accurate.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶56:**

The information that the Debt Collector was furnishing to Trans Union was not accurate.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶57:**

Trans Union continued to report the Account on Plaintiff's credit reports.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶58:**

On May 23, 2023, Trans Union received an oral dispute of the credit information that the Debt Collector was furnishing to Trans Union concerning the Account.

- 15 -

EQUIFAX'S ANSWER TO COMPLAINT

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶59:**

In response to Plaintiff's dispute, the only reinvestigation that Trans Union conducted was sending an ACDV to the Debt Collector.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶60:**

Trans Union did not investigate any of the reasons or facts Plaintiff supplied to Equifax that would have caused Equifax to conclude that Plaintiff was correct and the Debt Collector was incorrect.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶61:**

On May 28, 2023, Trans Union responded to Plaintiff's dispute and verified that the information that the Debt Collector was furnishing to Trans Union was accurate.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶62:**

The information that the Debt Collector was furnishing to Trans Union was not accurate.

EQUIFAX'S ANSWER TO COMPLAINT

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶63:**

Trans Union continued to report the Account on Plaintiff's credit reports.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

*Allegations Pertinent to Each Dispute*

**COMPLAINT ¶64:**

At the time the Consumer Reporting Agencies received Plaintiff's disputes described above, Plaintiff did not owe anything to the Debt Collector on the subject Account

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶65:**

At the time the Consumer Reporting Agencies received Plaintiff's disputes described above, Plaintiff did not owe anything to the Landlord on the subject Account

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶66:**

In response to the Plaintiff's disputes described above, the Consumer Reporting Agencies relied on the Debt Collector rather than conducting a reasonable reinvestigation or simply verifying the court records that declared that Plaintiff did not owe the Account. In at least one instance, Equifax did not even rely on the Debt Collector at all, and just ignored the dispute altogether.

EQUIFAX'S ANSWER TO COMPLAINT

317410362v.1

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶67:**

In response to Plaintiff's disputes described above, the Consumer Reporting Agencies did not review the relevant information provided by Plaintiff.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶68:**

In response to Plaintiff's disputes described above, the Consumer Reporting Agencies did not contact any of the individuals who could verify the accuracy of Plaintiff's Dispute.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶69:**

All of the true facts were made available to the Consumer Reporting Agencies by Plaintiff's disputes.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶70:**

To the extent that the Consumer Reporting Agencies needed additional information to reinvestigate Plaintiff's disputes, the Consumer Reporting Agencies had the resources to reinvestigate Plaintiff's dispute.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

EQUIFAX'S ANSWER TO COMPLAINT

**COMPLAINT ¶71:**

The Consumer Reporting Agencies could have, and should have, conducted a reasonable reinvestigation to determine the subject reporting was inaccurate.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶72:**

The Consumer Reporting Agencies failed to review and consider all of the information provided to the Consumer Reproting [sic] Agencies by Plaintiff.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶73:**

The Consumer Reporting Agencies failed to search for information reasonably available and accessible to the Consumer Reporting Agencies.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶74:**

The Consumer Reporting Agencies were aware of regulatory findings, opinions, court rulings and jury verdicts that the type of "reinvestigation" the Consumer Reporting Agencies conducted was insufficient to constitute a reasonable reinvestigation.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶75:**

The Consumer Reporting Agencies acted with reckless disregard for their statutory duties.

**ANSWER:**

Equifax denies the allegations in this paragraph.

EQUIFAX'S ANSWER TO COMPLAINT

**COMPLAINT ¶76:**

The Consumer Reporting Agencies knowingly and intentionally committed the acts described herein in conscious disregard for the rights of others.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶77:**

All conditions precedent necessary for this lawsuit have occurred or been performed by Plaintiff.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶78:**

The Consumer Reporting Agencies' failure to reinvestigate Plaintiff's disputes are willful and reckless.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶79:**

As a result of the inaccurate credit reporting and failure to conduct reasonable reinvestigations, Plaintiff has suffered damages, including, but not limited to: monies lost by attempting to fix her credit; loss of time attempting to cure the error; mental anguish, stress, aggravation, embarrassment, and other related impairments to the enjoyment of life; and the inability to obtain financing for a house.

**ANSWER:**

Equifax denies any and all allegations in this paragraph, denies that it violated the FCRA or any other law, and denies that Plaintiff is entitled to any damages whatsoever.

EQUIFAX'S ANSWER TO COMPLAINT

## COUNT I
### (Violations of the FCRA, 15 U.S.C. § 1681 *et seq.* against Equifax)

**COMPLAINT ¶80:**

Plaintiff incorporates by reference the allegations of paragraphs 1-43 and 64-79 as though fully set forth herein.

**ANSWER:**

Equifax incorporates the preceding answers as though the same were set forth at length herein.

**COMPLAINT ¶81:**

Plaintiff-is "consumer", as that term is defined by 15 U.S.C. § 1681a(c).

**ANSWER:**

Upon information and belief, Equifax admits the allegations in this paragraph.

**COMPLAINT ¶82:**

Plaintiff disputed the Account.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶83:**

Equifax took no independent action to reinvestigate the dispute or to determine whether Plaintiff owed the Account.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶84:**

Equifax failed to reinvestigate Plaintiff's dispute despite Plaintiff providing all the necessary information to conduct a reinvestigation. Equifax chose to ignore all the information provided in the dispute and/or rely solely on the information provided by the Debt Collector or simply not to reinvestigate at all. Plaintiff even provided her contact information and contact

EQUIFAX'S ANSWER TO COMPLAINT

317410362v.1

information for third parties who could support her dispute, but Equifax made no attempt to contact her or them to obtain any additional information if any was needed.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶85:**

Equifax chose to ignore this information and simply parroted the information provided by the Debt Collector.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶86:**

Equifax violated 15 U.S.C. § 1681i by failing to delete inaccurate information in Plaintiff's credit file after receiving notice of such inaccuracies, by failing to conduct a lawful reinvestigation, and by failing to maintain reasonable procedures with which to filter and verify disputed information in Plaintiff's credit file.

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶87:**

Plaintiff had obtained a court order stating that she did not owe the Account and provided that order to Equifax. Equifax had actual knowledge that Plaintiff did not owe the Account and a court had ordered as much yet Equifax's procedure allowed for the Account to be reported on Plaintiff's credit report despite the fact that a court had declared that she did not owe it.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶88:**

Equifax violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning Plaintiff.

EQUIFAX'S ANSWER TO COMPLAINT

**ANSWER:**

Equifax denies the allegations in this paragraph.

**COMPLAINT ¶89:**

As a result of Equifax's conduct, action and inaction, Plaintiff suffered actual damages in the form of lost loan and credit opportunities, credit denials, credit defamation, time and expense dealt with repeatedly disputing the accounts and communicating with Equifax, as well as emotional distress.

**ANSWER:**

Equifax denies any and all allegations in this paragraph, denies that it violated the FCRA

or any other law, and denies that Plaintiff is entitled to any damages whatsoever.

**COMPLAINT ¶90:**

Equifax's conduct, action, and inaction was willful, rendering it liable for actual or statutory damages, and punitive damages pursuant to 15 U.S.C. § 1681n. In the alternative, Equifax was negligent, entitling Plaintiff to recover actual damages under 15 U.S.C. § 1681o. Plaintiff is entitled to recover her reasonable attorney fees and costs.

**ANSWER:**

Equifax denies any and all allegations in this paragraph, denies that it violated the FCRA

or any other law, and denies that Plaintiff is entitled to any relief whatsoever by the Complaint.

### COUNT II
### (Violations of the FCRA, 15 U.S.C. § 1681 *et seq*. against Experian)

**COMPLAINT ¶91:**

Plaintiff incorporates by reference the allegations of paragraphs 1-30, 44-50, and 64-79 as though fully set forth herein.

**ANSWER:**

Equifax incorporates the preceding answers as though the same were set forth at length

herein.

**COMPLAINT ¶92:**

Plaintiff is a "consumer", as that term is defined by 15 U.S.C. § 1681a(c).

EQUIFAX'S ANSWER TO COMPLAINT

**ANSWER:**

Upon information and belief, Equifax admits the allegations in this paragraph.

**COMPLAINT ¶93:**

Plaintiff disputed the Account.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶94:**

Experian took no independent action to reinvestigate the dispute or to determine whether
Plaintiff owed the Account.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶95:**

Experian failed to reinvestigate Plaintiff's dispute despite Plaintiff providing all the
necessary information to conduct a reinvestigation. Experian chose to ignore all the information
provided in the dispute and/or rely solely on the information provided by the Debt Collector.
Plaintiff even provided her contact information and contact information for third parties who could
support her dispute, but Experian made no attempt to contact her or them to obtain any additional
information if any was needed.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶96:**

Experian chose to ignore this information and simply parroted the information provided by
the Debt Collector.

- 24 -

EQUIFAX'S ANSWER TO COMPLAINT

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶97:**

Experian violated 15 U.S.C. § 1681i by failing to delete inaccurate information in Plaintiff's credit file after receiving notice of such inaccuracies, by failing to conduct a lawful reinvestigation, and by failing to maintain reasonable procedures with which to filter and verify disputed information in Plaintiff's credit file.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶98:**

Plaintiff had obtained a court order stating that she did not owe the Account and provided that order to Experian. Experian had actual knowledge that Plaintiff did not owe the Account and a court had ordered as much yet Experian's procedure allowed for the Account to be reported on Plaintiff's credit report despite the fact that a court had declared that she did not owe it.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶99:**

Experian violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning Plaintiff.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶100:**

As a result of Experian's conduct, action and inaction, Plaintiff suffered actual damages in the form of lost loan and credit opportunities, credit denials, credit defamation, time and expense

- 25 -

EQUIFAX'S ANSWER TO COMPLAINT

dealt with repeatedly disputing the accounts and communicating with Experian, as well as emotional distress.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶101:**

Experian's conduct, action, and inaction was willful, rendering it liable for actual or statutory damages, and punitive damages pursuant to 15 U.S.C. § 1681n. In the alternative, Experian was negligent, entitling Plaintiff to recover actual damages under 15 U.S.C. § 1681o. Plaintiff is entitled to recover her reasonable attorney fees and costs.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the

allegations in this paragraph and, on that basis, denies the allegations contained therein.

<u>**COUNT II**</u>
**(Violations of the FCRA, 15 U.S.C. § 1681 *et seq*. against Trans Union)**

**COMPLAINT ¶102:**

Plaintiff incorporates by reference the allegations of paragraphs 1-30, and 51-79 as though fully set forth herein.

**ANSWER:**

Equifax incorporates the preceding answers as though the same were set forth at length

herein.

**COMPLAINT ¶103:**

Plaintiff is a "consumer", as that term is defined by 15 U.S.C. § 1681a(c).

**ANSWER:**

Upon information and belief, Equifax admits the allegations in this paragraph.

**COMPLAINT ¶104:**

Plaintiff disputed the Account.

- 26 -

EQUIFAX'S ANSWER TO COMPLAINT

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶105:**

Trans Union took no independent action to reinvestigate the dispute or to determine whether Plaintiff owed the Account.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶106:**

Trans Union failed to reinvestigate Plaintiff's dispute despite Plaintiff providing all the necessary information to conduct a reinvestigation. Trans Union chose to ignore all the information provided in the dispute and/or rely solely on the information provided by the Debt Collector. Plaintiff even provided her contact information and contact information for third parties who could support her dispute, but Trans Union made no attempt to contact her or them to obtain any additional information if any was needed.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶107:**

Trans Union chose to ignore this information and simply parroted the information provided by the Debt Collector.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶108:**

Trans Union violated 15 U.S.C. § 1681i by failing to delete inaccurate information in Plaintiff's credit file after receiving notice of such inaccuracies, by failing to conduct a lawful

EQUIFAX'S ANSWER TO COMPLAINT

reinvestigation, and by failing to maintain reasonable procedures with which to filter and verify disputed information in Plaintiff's credit file.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶109:**

Plaintiff had obtained a court order stating that she did not owe the Account and provided that order to Trans Union. Trans Union had actual knowledge that Plaintiff did not owe the Account and a court had ordered as much yet Trans Union's procedure allowed for the Account to be reported on Plaintiff's credit report despite the fact that a court had declared that she did not owe it.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶110:**

Trans Union violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning Plaintiff.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**COMPLAINT ¶111:**

As a result of Trans Union's conduct, action and inaction, Plaintiff suffered actual damages in the form of lost loan and credit opportunities, credit denials, credit defamation, time and expense dealt with repeatedly disputing the accounts and communicating with Trans Union, as well as emotional distress.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

EQUIFAX'S ANSWER TO COMPLAINT

**COMPLAINT ¶112:**

Trans Union's conduct, action, and inaction was willful, rendering it liable for actual or statutory damages, and punitive damages pursuant to 15 U.S.C. § 1681n. In the alternative, Trans Union was negligent, entitling Plaintiff to recover actual damages under 15 U.S.C. § 1681o. Plaintiff is entitled to recover her reasonable attorney fees and costs.

**ANSWER:**

Equifax lacks knowledge or information sufficient to form a belief regarding the allegations in this paragraph and, on that basis, denies the allegations contained therein.

**JURY DEMAND**

Plaintiff is entitled to and hereby demands a trial by jury.

WHEREFORE, Plaintiff Zepherine Miller, an individual, prays for judgment against Defendants Equifax Information Services, LLC, a Georgia limited liability company; Experian Information Solutions, Inc., an Ohio corporation; and Trans Union LLC, a Delaware limited liability company, individually, as follows:

1. Awarding Plaintiff actual damages in an amount to be proven at trial;

2. Awarding Plaintiff statutory damages in an amount to be proven at trial;

3. Awarding Plaintiff punitive damages in an amount to be proven at trial;

4. Awarding Plaintiff pre-judgment and post-judgment interest as may be allowed under the law;

5. Awarding Plaintiff her reasonable attorney fees;

6. Awarding Plaintiff's costs; and

7. Awarding such other and further relief as the Court may deem just and proper.

**ANSWER:**

Equifax admits that Plaintiff demands a jury trial on all triable issues. Equifax objects to a jury trial on any claims for equitable relief and all other issues as to which a jury is not permitted as of right or as a matter of law. Equifax denies that Plaintiff is entitled to any relief whatsoever by the Complaint.

EQUIFAX'S ANSWER TO COMPLAINT

317410362v.1

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming the burden of proof where it otherwise rests with Plaintiff, Equifax asserts the following affirmative and other defenses to the Complaint:

## FIRST DEFENSE

At all relevant times herein, the Plaintiff's alleged damages, which Equifax denies exist, were aggravated by the failure of Plaintiff to use reasonable diligence to mitigate the same. Therefore, Plaintiff's recovery, if any, should be barred or decreased by reason of their failure to mitigate alleged losses.

## SECOND DEFENSE

Plaintiff's purported causes of action are barred in whole or in part by the doctrine of laches.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice as to Equifax, with all costs taxed against Plaintiff;

(2)    it be dismissed as a party to this action; and

(3)    it recover such other and additional relief as the Court deems just and appropriate.

EQUIFAX'S ANSWER TO COMPLAINT

DATED:  April 29, 2025                    Respectfully submitted,

                                          SEYFARTH SHAW LLP


                                          By:  */s/ Jibril A. Greene*
                                               Jibril A. Greene
                                               jagreene@seyfarth.com
                                               SEYFARTH SHAW LLP
                                               2323 Ross Avenue, Suite 1660
                                               Dallas, Texas  75201
                                               Telephone:  (469) 608-6745
                                               Facsimile:  (469) 533-3948

                                          *Counsel for Defendant*
                                          *Equifax Information Services LLC*

                                          EQUIFAX'S ANSWER TO COMPLAINT

317410362v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2025, I presented the foregoing EQUIFAX

INFORMATION SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT AND

AFFIRMATIVE AND OTHER DEFENSES with the Clerk of the Court using the CM/ECF system,

which will send notification of such filing to all counsel of record.


*/s/ Jibril A. Greene*
Jibril A. Greene
*Counsel for Defendant*
*Equifax Information Services LLC*