**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01032-REB-CYC

ZEPHERINE MILLER,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
TRANS UNION LLC

      Defendants.

---

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT**

---

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Zepherine Miller's ("Plaintiff") Complaint (the "Complaint") as follows:

## I. INTRODUCTION

1. In response to Paragraph 1 of the Complaint, Experian admits that Plaintiff alleges claims under the FCRA and that the Complaint purports to interpret part of the FCRA. Experian states that the FCRA speaks for itself, and denies any allegations inconsistent therewith. Experian denies the remaining allegations in this paragraph relating to Experian. As to the allegations in this Paragraph that relate to the other Defendant, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies them.

2.     In response to Paragraph 2 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

3.     In response to Paragraph 3 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

## II.     PARTIES, JURISDICTION, AND VENUE

4.     In response to Paragraph 4 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

5.     In response to Paragraph 5 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

6.     In response to Paragraph 6 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

7.     In response to Paragraph 7 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

8.     In response to Paragraph 8 of the Complaint, Experian admits that it is an Ohio corporation, with its principal place of business located in Costa Mesa, California. Except as specifically admitted, Experian denies, each and every remaining allegation of this Paragraph.

9.      In response to Paragraph 9 of the Complaint, Experian admits that it conducts business in Colorado. Except as specifically admitted, Experian denies, each and every remaining allegation of this Paragraph.

10.     In response to Paragraph 10 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

11.     In response to Paragraph 11 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

12.     In response to Paragraph 12 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

13.     In response to Paragraph 13 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(p). Except as specifically admitted, Experian denies, each and every remaining allegation of this Paragraph.

14.     In response to Paragraph 12 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

15.     In response to Paragraph 15 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, 15 U.S.C. § 1681p. Experian states that this is a legal conclusion which is not subject to denial or admission.

EXPERIAN ANSWER TO COMPLAINT

NAI-5000657349

16.     In response to Paragraph 16 of the Complaint, Experian admits that Plaintiff has alleged jurisdiction based on the Fair Credit Reporting Act, C.R.S. § 13-1-124. Experian states that this is a legal conclusion which is not subject to denial or admission.

17.     In response to Paragraph 17 of the Complaint, Experian admits that Plaintiff has alleged that venue is proper pursuant to 28 U.S.C. § 1391(b)(2). Experian states that this is a legal conclusion which is not subject to denial or admission.

## III.     FACTUAL ALLEGATIONS

*Background*

18.     In response to Paragraph 18 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

19.     In response to Paragraph 19 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

20.     In response to Paragraph 20 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

21.     In response to Paragraph 21 of the Complaint, Experian states that the allegations of this paragraph of the Complaint are legal conclusions which are not subject to denial or admission. As to any remaining allegations of this paragraph of the Complaint that are subject to denial or admission, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them**.**

EXPERIAN ANSWER TO COMPLAINT

NAI-5000657349

22.     In response to Paragraph 22 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

23.     In response to Paragraph 23 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

24.     In response to Paragraph 24 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

25.     In response to Paragraph 25 of the Complaint, Experian states that the state court docket and proceedings speak for themselves. As to any allegations of this paragraph of the Complaint that are inconsistent therewith, Experian denies them.

26.     In response to Paragraph 26 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

27.     In response to Paragraph 27 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

28.     In response to Paragraph 28 of the Complaint, Experian states that the allegations of this paragraph of the Complaint are legal conclusions which are not subject to denial or admission. As to any remaining allegations of this paragraph of the Complaint that are subject to denial or admission, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

EXPERIAN ANSWER TO COMPLAINT

NAI-5000657349

29.     In response to Paragraph 29 of the Complaint, Experian states that the allegations of this paragraph of the Complaint are legal conclusions which are not subject to denial or admission. As to any remaining allegations of this paragraph of the Complaint that are subject to denial or admission, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

30.     In response to Paragraph 30 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

*Disputes with Equifax*

31.     In response to Paragraph 31 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

32.     In response to Paragraph 32 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

33.     In response to Paragraph 33 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

34.     In response to Paragraph 34 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

EXPERIAN ANSWER TO COMPLAINT

NAI-5000657349

35.     In response to Paragraph 35 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

36.     In response to Paragraph 36 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

37.     In response to Paragraph 37 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

38.     In response to Paragraph 38 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

39.     In response to Paragraph 39 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

40.     In response to Paragraph 40 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

41.     In response to Paragraph 41 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

EXPERIAN ANSWER TO COMPLAINT

NAI-5000657349

42.     In response to Paragraph 42 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

43.     In response to Paragraph 43 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

*Disputes with Experian*

44.     In response to Paragraph 44 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

45.     In response to Paragraph 45 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

46.     In response to Paragraph 46 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

47.     In response to Paragraph 47 of the Complaint, Experian denies the allegations of this paragraph of the Complaint.

48.     In response to Paragraph 48 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

49.     In response to Paragraph 49 of the Complaint, Experian states that the allegations of this paragraph of the Complaint are legal conclusions which are not

NAI-5000657349

subject to denial or admission. As to any remaining allegations of this paragraph of the Complaint that are subject to denial or admission, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

50.     In response to Paragraph 50 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

*Disputes with Trans Union*

51.     In response to Paragraph 51 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

52.     In response to Paragraph 52 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

53.     In response to Paragraph 53 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

54.     In response to Paragraph 54 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

55.     In response to Paragraph 55 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

56. In response to Paragraph 56 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

57. In response to Paragraph 57 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

58. In response to Paragraph 58 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

59. In response to Paragraph 59 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

60. In response to Paragraph 60 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

61. In response to Paragraph 61 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

62. In response to Paragraph 62 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

63.     In response to Paragraph 63 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

*Allegations Pertinent to Each Dispute*

64.     In response to Paragraph 64 of the Complaint, Experian states that the allegations of this paragraph of the Complaint are legal conclusions which are not subject to denial or admission. As to any remaining allegations of this paragraph of the Complaint that are subject to denial or admission, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

65.     In response to Paragraph 65 of the Complaint, Experian states that the allegations of this paragraph of the Complaint are legal conclusions which are not subject to denial or admission. As to any remaining allegations of this paragraph of the Complaint that are subject to denial or admission, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

66.     In response to Paragraph 66 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.  Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

67.     In response to Paragraph 67 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.  Experian is without knowledge or information sufficient to form a belief as to the truth of the

EXPERIAN ANSWER TO COMPLAINT

allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

68.     In response to Paragraph 68 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

69.     In response to Paragraph 69 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

70.     In response to Paragraph 70 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.  Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

71.     In response to Paragraph 66 of the Complaint, Experian denies that it failed to conduct a reasonable reinvestigation.   Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

72.     In response to Paragraph 72 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.  Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

73.     In response to Paragraph 73 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.  Experian is

EXPERIAN ANSWER TO COMPLAINT

without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

74.     In response to Paragraph 74 of the Complaint, Experian admits that it has been involved in FCRA litigation and states that the results of that litigation speaks for itself.  Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

75.     In response to Paragraph 75 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.  Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

76.     In response to Paragraph 76 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.  Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

77.     In response to Paragraph 77 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.  Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

NAI-5000657349

78.     In response to Paragraph 78 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.  Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

79.     In response to Paragraph 79 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.  Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph regarding the other Defendants and, on that basis, denies them.

## COUNT I
### (Violations of the FCRA, 15 U.S.C. § 1681 *et seq.* against Equifax)

80.     In response to Paragraph 80 of the Complaint, Experian reasserts its answers and responses to the foregoing paragraphs as though the same were set forth at length herein.

81.     In response to Paragraph 81 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

82.     In response to Paragraph 82 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

83.     In response to Paragraph 83 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

EXPERIAN ANSWER TO COMPLAINT

NAI-5000657349

84.    In response to Paragraph 84 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

85.    In response to Paragraph 85 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

86.    In response to Paragraph 86 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

87.    In response to Paragraph 87 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

88.    In response to Paragraph 88 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

89.    In response to Paragraph 89 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

90.    In response to Paragraph 90 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

## <u>COUNT II</u>
**(Violations of the FCRA, 15 U.S.C. § 1681 et seq. against Experian)**

91.     In response to Paragraph 90 of the Complaint, Experian reasserts its answers and responses to the foregoing paragraphs as though the same were set forth at length herein.

92.     In response to Paragraph 92 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

93.     In response to Paragraph 93 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

94.     In response to Paragraph 94 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.

95.     In response to Paragraph 95 of the Complaint, Experian denies that it "filed to reinvestigate Plaintiff's dispute" or that "Experian chose to ignore all information provided in the dispute and/or rely solely on the information provided by the debt collector."  As to the remaining allegations contained in this paragraph, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

96.     In response to Paragraph 96 of the Complaint, Experian denies that "chose to ignore" any information.  As to the remaining allegations contained in this paragraph, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

97.     In response to Paragraph 97 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.

NAI-5000657349

98.     In response to Paragraph 98 of the Complaint, Experian states that the allegations of this paragraph of the Complaint are legal conclusions which are not subject to denial or admission. As to any remaining allegations of this paragraph of the Complaint that are subject to denial or admission, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.

99.     In response to Paragraph 99 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.

100.    In response to Paragraph 100 of the Complaint, Experian denies that Plaintiff has suffered any damages that were caused by Experian. As to the remaining allegations contained in this paragraph, Experian denies each and every remaining allegation of this paragraph of the Complaint that relates to Experian.

101.    In response to Paragraph 101 of the Complaint, Experian denies each and every allegation of this paragraph of the Complaint that relates to Experian.

## COUNT II
**(Violations of the FCRA, 15 U.S.C. § 1681 et seq. against Trans Union)**

102.    In response to Paragraph 102 of the Complaint, Experian reasserts its answers and responses to the foregoing paragraphs as though the same were set forth at length herein.

103.    In response to Paragraph 103 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

104.    In response to Paragraph 104 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

105.     In response to Paragraph 105 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

106.     In response to Paragraph 106 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

107.     In response to Paragraph 107 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

108.     In response to Paragraph 108 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

109.     In response to Paragraph 109 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

110.     In response to Paragraph 110 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

111.     In response to Paragraph 111 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

112. In response to Paragraph 112 of the Complaint, Experian states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph of the Complaint and, on that basis, denies them.

## RESPONSE TO JURY DEMAND

Experian admits that Plaintiff has demanded a trial by jury on all issues triable.

## RESPONSE TO PRAYER FOR RELIEF

Experian denies that Plaintiff is entitled to any of the relief requested in her "PRAYER FOR RELIEF" paragraph and respectfully requests the court to deny all such requested relief.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CLAIM)

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### SECOND AFFIRMATIVE DEFENSE

### (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### THIRD AFFIRMATIVE DEFENSE

### (INDEMNIFICATION)

Experian is informed and believes and thereon alleges that any purported damages

EXPERIAN ANSWER TO COMPLAINT

allegedly suffered by Plaintiff was the result of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FOURTH AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate her damages.

## FIFTH AFFIRMATIVE DEFENSE

### (LACHES)

The claim for relief set forth in the Complaint is barred by the doctrine of laches.

## SIXTH AFFIRMATIVE DEFENSE

### (CONTRIBUTORY/COMPARATIVE FAULT)

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff herself, and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## SEVENTH AFFIRMATIVE DEFENSE

### (ESTOPPEL)

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

## EIGHTH AFFIRMATIVE DEFENSE

### (STATUTE OF LIMITATIONS)

Experian is informed and believes and thereon alleges that the claim for relief in the Complaint herein is barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p.

## NINTH AFFIRMATIVE DEFENSE

### (UNCLEAN HANDS)

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by

EXPERIAN ANSWER TO COMPLAINT

NAI-5000657349

the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

### (INDEPENDENT INTERVENING CAUSE)

Experian alleges upon information and belief that if Plaintiff sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as such, any action on the part of Experian was not a proximate cause of the alleged injuries.

## ELEVENTH AFFIRMATIVE DEFENSE

### (MOOTNESS)

Plaintiff's claim is barred, in whole or in part, to the extent that the claim or relief sought is moot.

## TWELFTH AFFIRMATIVE DEFENSE

### (WAIVER)

Plaintiff's claim is barred, in whole or in part, by the doctrine of waiver.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (SETOFF)

Plaintiff's recovery, if any, from Experian should be barred or diminished as a result of any setoff for amounts paid to Plaintiff by other persons or entities related to Plaintiff's alleged claims and damages in this matter.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (IMPROPER REQUEST FOR PUNITIVE DAMAGES)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

Experian reserves the right to assert additional affirmative defenses at such time and to

EXPERIAN ANSWER TO COMPLAINT

such extent as warranted by discovery and the factual developments in this case.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (ARBITRATION DEFENSES)

Experian alleges on information and belief that Plaintiffs' claims may be the subject of an arbitration agreement between themselves and Experian.

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

A.     That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

B.     For costs of suit and attorney's fees herein incurred; and

C.     For such other and further relief as this Court may deem just and proper.


Dated:  April 29, 2025                          Respectfully Submitted,


By:  /s/ Tyler J. Bates
     Tyler J. Bates
     Ruebel & Quillen, LLC
     8461 Turnpike Drive, Suite 206
     Westminster, CO 80031
     Telephone: (888) 989-1777
     Facsimile: (303) 362-5724
     Email:  Tyler@rq-law.com

     Attorney for Defendant
     EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2025, a true and accurate copy of DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT. was served via ECF on the following:

ALL COUNSEL OF RECORD

*s/ Tyler J. Bates*
Tyler J. Bates

EXPERIAN ANSWER TO COMPLAINT

NAI-5000657349